UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| In re Section 301 Cases, | : | |
| Plaintiffs, | : | |
| v. | : | Court No. 21-00052 |
| United States, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| A.C. Moore Inc., | : | |
| Plaintiffs, | : | |
| v. | : | Court No. 21-00577 |
| United States, | : | |
| Defendant. | : | |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned hereby gives notice that Michael N. Coopersmith is not longer affiliated with Barnes, Richardson & Colburn LLP, counsel for the plaintiff A.C. Moore. Mr. Coopersmith should be removed as an attorney of record in the above-captioned matters. Barnes, Richardson & Colburn LLP remains counsel to plaintiff and Lawrence M. Friedman remains lead counsel.

Respectfully submitted,
**BARNES, RICHARDSON & COLBURN LLP**

By: /s/ Lawrence M. Friedman
Lawrence M. Friedman
303 East Wacker Drive
Suite 305
Chicago, IL 60601
(312) 297-9554
lfriedman@barnesrichardson.com

May 16, 2022